Damian D. Capozzola (SBN 186412)
Timothy R. Laquer (SBN 306917)
555 W. Fifth Street, 31st Floor
Los Angeles, California 90013
Phone: (213) 533-4112
Facsimile: (213) 996-8304
ddc@ddclaw.com
trl@ddclaw.com

JS-6

Anthony C. Modarelli III (SBN 286520)
Turner & Modarelli, PC
5000 Birch St., Suite 3000
Newport Beach, CA 92660
Phone: (949) 610-0855
Facsimile: (866) 83305594
Anthony@tmodlaw.com

Counsel for Plaintiff, QDOS, Inc., a Delaware Corporation

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QDOS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES H. DONELL, RECEIVER FOR J.T. WALLENBROCK & ASSOCIATES and CITADEL CAPITAL MANAGEMENT GROUP, INC.,<br><br>Defendant. | Case No.:   8:16-cv-01472-R-KES<br><br>Assigned To: Hon. Manuel Real<br><br>**JUDGMENT PURSUANT TO STIPULATION** |

1  Plaintiff QDOS, Inc. ("QDOS") and Defendant James H. Donell, Receiver
2  for J.T. Wallenbrock & Associates and Citadel Capital Management Group, Inc.
3  ("Donell") have stipulated and agreed as follows:
4
5  On August 9, 2016, Plaintiff QDOS, Inc. ("QDOS") filed a Complaint
6  for Declaratory Judgment and Injunctive Relief against James H. Donell,
7  Receiver for J.T. Wallenbrock & Associates and Citadel Capital
8  Management Group, Inc. ("Donell"), Case No. 8:16-cv-01472-R-KES (the
9  "Action").
10  The Complaint's Prayer for Relief contains four components: (1) for
11  entry of judgment "according to the declaratory relief sought," (2) for entry
12  of judgment "according to the injunctive relief sought in preventing [Donell]
13  from any continued enforcement attempts against QDOS arising out of the
14  Underlying Action [*James H. Donell, Receiver for J.T. Wallenbrock &*
15  *Associates and Citadel Capital Management Group, Inc. v. DeskSite, Inc.*
16  *and DeskSite Music, Inc.* (Case No. SACV 05-0524-ER (SHx)]"
17  ("Underlying Action"), (3) for an award to QDOS for its costs in this action,
18  and (4) for entry of judgment providing "such other further relief QDOS
19  may be entitled to as a matter of law or equity, or which the Court
20  determines to be just and proper."
21  With regard to the first component of the Prayer for Relief, QDOS
22  seeks "a declaratory judgment from this Court that it is a separate and
23  distinct legal entity apart from DeskSite" and "a declaratory judgment from
24  this Court that QDOS is not subject to any collection efforts from [Donell] in
25  the Underlying Action on their judgment in the Underlying Action."
26  Complaint Paragraphs 25-26.
27  With regard to the second component of the Prayer for Relief, QDOS
28  seeks "injunctive relief from this Court thereby enjoining [Donell] from any

1  continued collection and enforcement efforts of the judgment in the
2  Underlying Action against QDOS." Complaint Paragraph 33.
3        For purposes of this Stipulation for Final Judgment for Declaratory
4  Relief and Permanent Injunction, QDOS waives the third and fourth
5  components of its Prayer for Relief.  QDOS and Donell agree that each party
6  shall bear its own fees and costs in connection with this action and that other
7  than as provided in this Stipulation for Final Judgment for Declaratory
8  Relief and Permanent Injunction QDOS seeks no other relief.
9        QDOS and Donell now wish to resolve this matter through this
10 Stipulation for Final Judgment for Declaratory Relief and Permanent
11 Injunction.
12       QDOS and Donell have agreed that entry of this Stipulation for Final
13 Judgment for Declaratory Relief and Permanent Injunction in its entirety and
14 unmodified is of the essence of their settlement and jointly request that the
15 Court either enter judgment pursuant to this Stipulation for Final Judgment
16 for Declaratory Relief and Permanent Injunction in its entirety and
17 unmodified or reject the Stipulation for Final Judgment for Declaratory
18 Relief and Permanent Injunction in its entirety with directions to the parties
19 as to what modifications the Court would require.
20       QDOS and Donell therefore agree as follows:
21       A. Donell shall and hereby does completely and forever waive,
22 release, and discharge QDOS and Richard Gillam individually from any and
23 all claims and/or judgments related to Case Number CV 02-00802 ER and
24 Case Number CV-05-0524-ER-JPRx.
25       B. Donell agrees that, commencing immediately upon entry of this
26 Judgment, he will completely and forever refrain from any and all efforts,
27 now or in the future, to attempt collection or discovery from or against
28 QDOS (or any corporate successor) and/or Richard Gillam individually from

any and all claims related to Case Number CV 02-00802 ER and Case Number CV-05-0524-ER-JPRx.

C. Donell agrees that he will not assign, sell, or transfer in any manner any claims or judgments related to DeskSite, Inc. from Case Number CV 02-00802 ER and/or Case Number CV-05-0524-ER-JPRx, or any other asset in Donell's possession or control. Donell represents that upon completion of the Wind Down, as defined in the Court's July 24, 2012 order entered in the Underlying Action, he will be discharged from all further duties, liabilities and responsibilities as Receiver

D. Donell agrees that he will execute, or instruct his authorized counsel to execute, any and all documents necessary to cancel or terminate any existing efforts to attempt collection from or against QDOS and/or Richard Gillam individually from any and all claims related to Case Number CV 02-00802 ER and/or Case Number CV-05-0524-ER-JPRx.

E. QDOS and Richard Gillam individually agree that each of them shall completely and forever waive, release, and discharge Donell from any and all claims related to Case Number CV 02-00802 ER and/or Case Number CV-05-0524-ER-JPRx.

F. Donell, QDOS, and Richard Gillam individually agree that each of them shall forever refrain and forebear from commencing, instituting, or prosecuting any lawsuit, action, or other proceeding against each other based on, arising out of, or in connection with any of the claims related to Case Number CV 02-00802 ER and/or Case Number CV-05-0524-ER-JPRx.

G. Donell, QDOS, and Richard Gillam individually agree that no appeals shall be taken from this Stipulation for Final Judgment for Declaratory Relief and Permanent Injunction, and that each of them waive all rights to appeal.

H. Donell, QDOS, and Richard Gillam individually agree that each individual signing this stipulation has the actual legal power, right, and authority to enter into this stipulation and to bind each entity.

Based upon the foregoing Stipulation for Final Judgment for Declaratory Relief and Permanent Injunction between Plaintiff QDOS, Inc. ("QDOS") and James H. Donell, Receiver for J.T. Wallenbrock & Associates and Citadel Capital Management Group, Inc. ("Donell") as well as the record in this action, and for good cause otherwise appearing, the Court accepts the stipulation and agreement of QDOS and Donell. The Court also accepts QDOS's and Donell's mutually agreed waiver of appeal rights.

NOW, THEREFORE, it is accordingly ORDERED, ADJUDGED, AND DECREED that:

1. The Court has jurisdiction over this action pursuant to 28 U.S.C.A. §2201.

2. The Court orders, adjudges, and decrees that Donell shall forever refrain and hereby is enjoined from any and all efforts, now or in the future, to attempt collection or discovery from or against QDOS (or any corporate successor) and/or Richard Gillam, individually, from any and all judgments or claims related to Case Number CV 02-00802 ER and/or Case Number CV-05-0524-ER-JPRx.

3. The Court further orders, adjudges, and decrees that Donell shall forever refrain and hereby is enjoined from assigning, selling, or transferring in any manner any claims or judgments related to DeskSite, Inc. from any and all judgments or claims related to Case Number CV 02-00802 ER and/or Case Number CV-05-0524-ER-JPRx, or any other asset in Donell's possession or control.

1  4. The Court further orders, adjudges, and decrees that Donell shall execute, or instruct his authorized counsel to execute, any and all documents necessary to cancel or terminate any existing efforts to attempt collection from or against QDOS and/or Richard Gillam, individually, from any and all judgments or claims related to Case Number CV 02-00802 ER and/or Case Number CV-05-0524-ER-JPRx.

5. The Court further orders, adjudges, and decrees that the Court shall retain jurisdiction over this action to implement and enforce the Stipulation for Final Judgment for Declaratory Relief and Permanent Injunction, and all other decrees and orders necessary or appropriate to the public interest.

IT IS SO ORDERED this 9th day of November 2016

_____
HON. MANUEL L. REAL
United States District Judge